# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**ZEVEZ MURRELL,**
**Plaintiff,**

vs.  Case Number: **08-2044**

**TIMOTHY BUKOWSKI,**
**MICHAEL DOWNEY, JEFF BRIGHT,**
**JOE ENGLISH, TODD SCHOLENDORF,**
**ZACH RICHMOND, . YOUNG, LT. SMITH,**
**C/O DORRIES, KENT SMITH, SHANICKA**
**STEVENSON, ANGIE AHRENS, JAMES STEVENSON,**
**AND JANE DOE 2,**
**Defendants.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff. Case is dismissed.

**Dated:** March 9, 2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court